THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARRELL WARREN, ADC #140886**                                              **PLAINTIFF**

v.                          Case No. 4:19-cv-00598-KGB

**BRIGGS, Major, Pulaski County Jail,** *et al.*                             **DEFENDANTS**

## ORDER

    Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 8). Judge Ray recommends that plaintiff Darrell Warren's claims be dismissed without prejudice for failure to prosecute and to comply with an Order of the Court. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Ray's recommendations.

    Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 8). The Court dismisses Mr. Warren's complaint without prejudice. The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment entered in this case would not be taken in good faith.

    It is so ordered this 28th day of June, 2021.

Kristine G. Baker
United States District Judge