# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DARRELL WARREN, ADC #140886**  PLAINTIFF

v.  Case No. 4:19-cv-00598-KGB

**BRIGGS, Major, Pulaski County Jail,** *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Darrell Warren's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 28th day of June, 2021.

_____
Kristine G. Baker
United States District Judge